**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-00025-01-CR-W-GAF |
| | ) | |
| NICKOLAS R. NEEDLES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO DISMISS FORFEITURE ALLEGATION

On February 6, 2008, a grand jury returned an Indictment containing a forfeiture allegation for the following property:

    $64,100.00 in United States currency

    Real property located at 10409/10411 E. 78th Terrace, Raytown, Missouri

The Drug Enforcement Administration (DEA) initiated an administrative forfeiture proceeding against the $64,100.00 in United States currency and, after giving proper notice to the defendant and posting public notice of the proceeding, entered a Declaration of Administrative Forfeiture on January 8, 2004.

After a review of the preliminary appraisal and the amount still owed to the lienholder, the United States has determined that the real property located at 10409/10411 E. 78th Terrace, Raytown, Missouri, does not have enough equity to forfeit.

Because the $64,100.00 in United States currency has been administratively forfeited and the United States no longer seeks for forfeit the real property at 10409/10411 E. 78th Terrace, Raytown, Missouri, there is no longer any reason to pursue the forfeiture allegation in this criminal action.

Therefore, based upon the motion of the United States and for good cause shown,

IT IS ORDERED-that the forfeiture allegation contained in the Indictment is hereby dismissed.

                                                            s/ Gary A. Fenner
                                                            Gary A. Fenner, Judge
                                                            United States District Court

DATED:   April 3, 2009